DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HOWARD O. TRERICE,** an individual,
Appellant,

v.

**HEATH M. TRERICE,** individually and in his derivative capacity, on
behalf of **MILJOCO CORPORATION,** a Florida Corporation,

Appellee.

No. 4D18-2

[October 11, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE 16-7823 (12)

Vijay G. Brijbasi of Dickinson Wright PLLC, Fort Lauderdale, for appellant.

John A. Tucker and Andrew E. Underkofler of Foley & Lardner LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

*      *      *

***Not final until disposition of timely filed motion for rehearing.***